```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 19077
    ALPHONSO KNIGHT JR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5552


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 07/24/2008 and was not confirmed.

      The case was dismissed without confirmation 11/19/2008.
---------------------------------------------------------------------------
   CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
ALLSTATE INDEMNITY COMPA  UNSECURED       NOT FILED           .00           .00
BEVERLY BANK TRUST CO     UNSECURED       NOT FILED           .00           .00
AT&T                      UNSECURED          336.51           .00           .00
CAPITAL ONE               UNSECURED       NOT FILED           .00           .00
CITI CARDS                UNSECURED       NOT FILED           .00           .00
COMCAST                   UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00           .00
WOW CABLE                 UNSECURED       NOT FILED           .00           .00
CHRYSLER FINANCIAL SVC A  UNSECURED       NOT FILED           .00           .00
NEXTEL                    UNSECURED       NOT FILED           .00           .00
GE MONEY BANK             UNSECURED          520.48           .00           .00
MANCARI CHRYSLER JEEP     UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED         5295.23           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED           .00           .00
US CELLULAR               UNSECURED       NOT FILED           .00           .00
LIGHTHOUSE FINANCIAL GRO  UNSECURED          949.60           .00           .00
PRA RECEIVABLES MGMT      UNSECURED          302.48           .00           .00
TCF BANK                  UNSECURED       NOT FILED           .00           .00
RMI/MCSI                  UNSECURED          250.00           .00           .00
RNB FIELDS                UNSECURED       NOT FILED           .00           .00
HERITAGE ACCEPTANCE CORP  SECURED VEHIC     2500.00           .00        300.00
HERITAGE ACCEPTANCE CORP  UNSECURED         3963.67           .00           .00
HOME LOAN SERVICES        CURRENT MORTG        .00            .00           .00
HOME LOAN SERVICES        MORTGAGE ARRE   105469.28           .00           .00
HOME LOAN SERVICES        CURRENT MORTG        .00            .00           .00
HOME LOAN SERVICES        MORTGAGE ARRE    32917.75           .00           .00
RIVER CITY CONDO ASSN     SECURED NOT I  NOT FILED            .00           .00
REGIONS MORTGAGE          SECURED NOT I  NOT FILED            .00           .00
REGIONS MORTGAGE          UNSECURED      NOT FILED            .00           .00
ADRIANE HARPER            NOTICE ONLY    NOT FILED            .00           .00
ADRIANE HARPER            NOTICE ONLY    NOT FILED            .00           .00
HOME LOANS SERVICES INC   MORTGAGE NOTI  NOT FILED            .00           .00
CITY OF CHICAGO WATER DE  UNSECURED      NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 19077 ALPHONSO KNIGHT JR
```

```
RICHARD E SEXNER          REIMBURSEMENT    345.00              .00       345.00
RICHARD E SEXNER          DEBTOR ATTY    2,500.00                       1,582.20
TOM VAUGHN                TRUSTEE                                         172.80
DEBTOR REFUND             REFUND                                             .00
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  2,400.00

PRIORITY                                          345.00
SECURED                                           300.00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,582.20
TRUSTEE COMPENSATION                              172.80
DEBTOR REFUND                                        .00
                        ---------------     ---------------
TOTALS                   2,400.00               2,400.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE